

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

September 27, 1948

Hon. Geo. H. Sheppard                  Opinion No. V-692
Comptroller of Public Accounts
Austin, Texas                          Re: Certificate of Board
                                           of Trustees of Employ-
                                           ees Retirement System
                                           to Comptroller to en-
                                           able transfer of funds
                                           by State to the Em-
                                           ployees Retirement
                                           Fund.

Dear Sir:

        Your recent request for an opinion by this De-
partment concerns the information that must be contained
in the certificate of the Board of Trustees of the Em-
ployees Retirement System to the Comptroller to enable
the transfer of funds as the contribution of the State
to the Employees Retirement Fund.  Your letter contained
the following:

        "The question has arisen in this Depart-
    ment as to whether the State Board of Trustees
    shall certify to the Comptroller the total
    amount of the compensation paid such members
    of the Retirement System, or whether the Comp-
    troller is authorized to accept the certificate
    of the State Board of Trustees which certifies
    the amount of employees five per cent (5%) re-
    tirement deductions reported to the Retirement
    System for the payroll of any given month.  I
    shall therefore thank you to advise this de-
    partment in the correct procedure in the pre-
    mises."

        Section 62(a), Article 16 of the Texas Consti-
tution, provides, in part, as follows:

        "The Legislature shall have the right
    to levy taxes to provide a Retirement, Dis-
    ability and Death Compensation Fund for the
    appointive officers and employees of the
    State; provided that the amount contributed

by the State to such Fund shall equal the
amount paid for the same purpose from the in-
come of each such person, and shall not ex-
ceed at any time five per centum (5%) of the
compensation paid to each such person by the
State, and shall in no one year exceed the
sum of One Hundred and Eighty Dollars ($180)
for any such person." (Emphasis added through-
out)

Article 6228a of Vernon's Civil Statutes was
passed pursuant to the power granted in Section 62, Art-
icle 16 of the Constitution, part of which is quoted
above. Pertinent provisions of Article 6228a are:

"Sec. 8 A. The amount contributed by
each member to the Retirement System shall
be five per cent (5%) of the regular annual
compensation paid to each member. The amount
contributed by the State of Texas to the Re-
tirement System shall not exceed during any
one (1) year five per cent (5%) of salaries
of all members, disregarding salaries in
amounts in excess of Three Thousand, Six
Hundred Dollars ($3600), provided the total
amount contributed by the State during any
one (1) year shall at least equal the to-
tal amount contributed during the same year
by all members of the Retirement System; . . .

"1. The Employees Saving Fund. - The
Employees Saving Fund shall be a fund in
which shall be accumulated regular five per
cent (5%) contributions from the comepnsa-
tion members, including current interest
earnings. Contributions to and payment
from the Employees Saving Fund shall be
made as follows:

"a. Beginning on the date of the es-
tablishment of the membership and full opera-
tion of the Retirement System herein creat-
ed, which date should be two (2) to three (3)
months subsequent to the enactment of the
Retirement Law, each Department of the State
shall cause to be deducted from the salary
of each member on each and every payroll of
such department of the State for each and
every payroll period, five per cent (5%) of

his earnable compensation, provided that the
sum of the deductions made for a member shall
not exceed One Hundred and Eighty Dollars
($180) during any one (1) year.  In deter-
mining the amount earnable by a member in a
payroll period, the State Board of Trustees
may consider the rate of annual compensa-
tion payable to such member on the first
day of the payroll period as continuing
throughout such payroll period, and it may
omit deductions from compensation for any
period less than a full payroll period if
an employee was not a member on the first
day of the payroll period. . .

b. . . . The Department head of the
State shall certify to the State Board of
Trustees on each and every payroll, or in
such other manner as said Board may pre-
scribe, the amounts to be deducted; and each
of said amounts shall be deducted, and when
deducted shall be paid into said Employees
Saving Fund, . . .

"Sec. 8 B.  Collection of Contributions.

"1.  The collection of members' contri-
butions shall be as follows:

"b.  The treasurer or proper disburs-
ing officer of each State department on
authority from the department head shall
make deductions from salaries of the em-
ployees as provided in this Act, and shall
transmit monthly, or at such time as the
State Board of Trustees shall designate
a certified copy of the payroll and the
amount specified to be deducted shall be
paid to the Employees Savings Fund of the
Employees Retirement System, after which
the Executive Secretary of the Board of
Trustees shall make a record of all re-
ceipts and turn payments over to the Treas-
urer of the State of Texas and by him be
credited to the Employees Saving Fund, . . .

"2.  The collection of the State's
contributions shall be made as follows:

"a. From and after the date of the establishment of the membership and full operation of the Retirement System created by this Act takes effect, there is hereby allocated and appropriated to the Employees Retirement System of Texas, in accordance with this Act, from the several funds from which the employees benefited by this Act; receive their respective salaries, a sum equal to five per cent (5%) of the total compensation paid to the said respective employees who are members of said Retirement System and whose compensation is paid from funds directly controlled by the State. The State Board of Trustees shall certify to the State Comptroller of Public Accounts and the State Treasurer at the end of each month the total amount of compensation paid such members of the Retirement System, and the State Comptroller shall thereupon transfer five per cent (5%) of this amount from the said respective funds from which said employees are paid to the State Employees Retirement Fund; . . .

"d. For the purpose of computing the total amount of the compensation of members under the provisions of the State Membership Accumulation Fund, Section 8 of this Act, the compensation of every member who receives in excess of Three Hundred Dollars ($300) a month shall be computed as Three Hundred Dollars ($300) per month."

From the provisions of the Constitution above set out, it is apparent that a matching of contributions by the State of those made by employees to the Employees Retirement System was intended. No one will doubt that the intention of the Legislature in the enacting of Article 6228a, Vernon's Civil Statutes, was that of carrying into effect the provisions, and the intent manifested therein, of Section 16a, Article 16 of the Constitution. Any system under which the State would contribute a different amount from that contributed by the employees would not be in accordance with the general scheme of the law. But a system under which the State contributes the same amount as the employees would definitely be with-

Hon. Geo. H. Sheppard, page 5 (V-692)

in the intent manifested in the constitutional and legislative provisions. The proper amount to be transferred by the Comptroller to the Retirement Fund as the contributions of the State would be an amount equal to the contributions of member employees, so long as the contributions of member employees do not exceed five per cent (5%) of the compensation paid by the State to the individual employees and shall in no one year exceed the sum of One Hundred and Eighty Dollars ($180) for any member. There are instances where a literal compliance with the provisions made in paragraph a, Subsection 2 of Section 8B, of Article 6228a would result in the violation of the constitutional provisions made in Section 16a, Article 16 of our Constitution. For example, members of the Retirement System who are 70 years of age or older and who have been State employees for ten or more years do not contribute to the Retirement Fund. Their pay, however, would be included in a certificate of the total amount of compensation paid to Retirement System members. Under the provisions of the paragraph of the Act above mentioned, the Comptroller would transfer an amount equal to 5% of such pay into the Retirement Fund, the result being a transfer of State money into the fund when no contribution had been made by members of the Retirement System.

A certificate of the State Board of Trustees of the amount of employees' five percent (5%) retirement deductions reported to the Retirement System for the payroll of any given month is in substantial compliance with the Act, and is more of an accurate certificate of fact upon which the Comptroller can effect the transfer of State funds consonant with the legislative intent than a certificate of the total amount of compensation paid to Retirement System members. Such a construction is a modification of the literal meaning of the language used in paragraph a, Subsection 2 of Section 8b of the Retirement Act, in order to carry out the intent of the Legislature in a more logical manner. We are, therefore, of the opinion that the Comptroller can accept the certificates of the Board of Trustees of the Retirement System which certify the amount of employees' five per cent (5%) deductions reported to the Retirement System. Such certificates may be used as the bases for making the contributions of the State to the Employees Retirement Fund.

## SUMMARY

The State Comptroller is authorized to accept the certificate of the Board of Trustees of the Employees Retirement System which certifies the amount of the five per cent (5%) deductions from the compensation of member employees reported to the Retirement System. The Comptroller may use such a certificate as the basis for making the contribution of the State to the Retirement Fund.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By Clyde B. Kennelly
Assistant

CBK:mw

APPROVED:

ATTORNEY GENERAL